VINELAND NATIONAL BANK AND TRUST COMPANY, a banking corporation of the United States, respondent,

*v.*

ANNIE ROTHMAN and BESSIE STAVITSKY, appellants.

[Argued May term, 1941.   Decided September 19th, 1941.]

*Mr. Joseph R. Moss* and *Mr. W. Louis Bossie,* for the appellants.

*Mr. Edwin F. Miller* and *Mr. Herbert C. Bartlett,* for the respondent.

PER CURIAM.

The complainant secured a decree setting aside a mortgage executed with intent to defraud it.   *N. J. S. A. 25:2-13.*

We have carefully examined the fact findings of the learned Vice-Chancellor, and are satisfied that they were in all respects proper.

The decree is affirmed, with costs.

*For affirmance*—THE CHIEF-JUSTICE, PARKER, CASE, BODINE, DONGES, HEHER, PERSKIE, PORTER, COLIE, DEAR, WELLS, RAFFERTY, HAGUE, THOMPSON, JJ.   14.

*For reversal*—None.